PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WENDIE RANEE RICKARD,<br><br>            Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Acting<br>   Commissioner Of Social Security,<br><br>           Defendant. | CIVIL NO. 2:15-cv-2632-KJN<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND/OR REMAND** |

      Wendie Ranee Rickard (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or Remand.  The current deadline is June 30, 2016, and the new deadline will be August 1, 2016.  This is the first extension of time requested in the above-captioned matter.  Defendant requests this additional time so that she may continue to consider the possible settlement of the above-captioned matter without further briefing.

/ / /

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  June 28, 2016          LAW OFFICES OF LAWRENCE D. ROHLFING

By:  /s/ *Cyrus M. Safa*_____
CYRUS M. SAFA
Attorney for the Plaintiff
(As authorized by e-mail on June 28, 2016).

Attorneys for Plaintiff

Dated:  June 28, 2016          PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Sharon Lahey*_____
SHARON LAHEY
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered.  Defendant shall file her response to plaintiff's motion for summary judgment and/or remand on or before August 1, 2016.  Any reply thereto shall be filed on or before August 21, 2016.

Dated:  June 30, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28