1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SHARON LAHEY
4  California State Bar No. 263027
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 977-8963
   Facsimile: (415) 744-0134
7  E-Mail: Sharon.Lahey@ssa.com
8
9  ATTORNEYS FOR DEFENDANT
10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12                  SACRAMENTO DIVISION
13
14  WENDIE RANEE RICKARD,            )  CIVIL NO. 2:15-cv-02632-KJN
                                     )
15            Plaintiff,             )
                                     )  ORDER RE STIPULATION FOR
16        vs.                        )  VOLUNTARY
                                     )  REMAND PURSUANT TO
17                                   )  SENTENCE FOUR OF 42 U.S.C.
    CAROLYN W. COLVIN, Acting Commissioner )  § 405(g) AND TO ENTRY OF
18     Of Social Security,          )  JUDGMENT
                                     )
19            Defendant.            )
                                     )
20  _____)

21       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that Defendant Carolyn W. Colvin, Acting Commissioner of

23  Social Security has agreed to voluntarily remand this case for further administrative proceedings

24  pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the

25  case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council

26  will instruct the ALJ to reevaluate the medical evidence including, but not limited to, any

27  medical opinions, explain the weight given thereto, and address any inconsistencies in

28  accordance with 20 C.F.R. sections 404.1520(a)(4)(ii), 404.1521, 404.1523, 404.1527(c)(3)&(4),

416.920(a)(4)(ii), 416.921. 416.923, and 416.927(c)(3)&(4).

Respectfully submitted,

Dated: July 19, 2016    LAW OFFICES OF LAWRENCE D. ROHLFING


By: /s/ *Cyrus M. Safa*   
CYRUS M. SAFA
Attorney for the Plaintiff
(As authorized by e-mail on July 18, 2016)

Dated: July 19, 2016    PHILLIP A. TALBERT
United States Attorney


By: /s/ *Sharon Lahey*   
SHARON LAHEY
Special Assistant U. S. Attorney

Attorneys for Defendant


## ORDER

Based on the parties' stipulation (ECF No. 16), IT IS HEREBY ORDERED that:

1. The action is REMANDED for further administrative proceedings consistent with the parties' stipulation pursuant to sentence four of 42 U.S.C. section 405(g).

2. Judgment is entered for plaintiff.

3. The Clerk of Court shall close this case.

Dated:  July 19, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER       CASE NO. 2:15-cv-02632-KJN