Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Wendie Ranee Rickard

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDIE RANEE RICKARD, | Case No.: 2:15-cv-02632-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Wendie Ranee Rickard be awarded attorney fees in the amount of two thousand eight hundred eight dollars and ninety two cents ($2,808.92) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of sixteen dollars and fifteen cents ($16.15) under 28 U.S.C. § 1920.  This amount represents

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Wendie Ranee Rickard, the government will consider the matter of Wendie Ranee Rickard's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Wendie Ranee Rickard, but if the Department of the Treasury determines that Wendie Ranee Rickard does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Wendie Ranee Rickard.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Wendie Ranee Rickard's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Wendie Ranee Rickard and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 23, 2016          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                /s/ *Cyrus Safa*
BY: _____
                                Cyrus Safa
                                Attorney for plaintiff Wendie Ranee Rickard

DATED: August 23, 2016          PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ *Sharon Lahey*
                                _____
                                SHARON LAHEY
                                Special Assistant United States Attorney
                                Attorneys for Defendant Carolyn W. Colvin,
                                Acting Commissioner of Social Security
                                (Per e-mail authorization)

## ORDER

Approved and so ordered:

Dated:  August 26, 2016

                                _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE